# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. WAGGY,<br><br>Defendant. | No. 2:16-PO-00198-JTR<br><br>ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |

**BEFORE THE COURT** is Defendant's Motion to Modify Release Conditions (Unopposed). ECF No. 42. Specifically, Defendant asks the Court to remove Condition of Release Number 28, which requires he participate in GPS Monitoring.

Defendant recites in his motion that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification.

**IT IS HEREBY ORDERED** that Defendant's Motion, **ECF No. 42**, is **GRANTED**.

Defendant is no longer subject to Condition No. 28 in ECF 20, all other terms and conditions of pretrial release not inconsistent herewith to remain in full force and effect

**IT IS SO ORDERED**.

DATED May 30, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1