UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-PO-00198-JTR |
| vs. | Order Granting Motion to Dismiss Counts 1 and 6 without Prejudice |
| ROBERT MARK WAGGY, | |
| Defendant. | |

Upon Motion by Plaintiff United States of America, to dismiss Counts 1 and 6 of the Second Amended Information without Prejudice;

IT IS HEREBY ORDRED that Counts 1 & 6 of the Second Amended Information are dismissed.

Dated: this 4TH day of August 2017.

_____
John T. Rodgers
United States Magistrate Judge

Order Granting Motion to Dismiss Counts - 1